ACCEPTED
03-15-00228-CR
7824312
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/13/2015 3:07:11 PM
JEFFREY D. KYLE
CLERK

NO. 03-15-00228-CR

CLIFTON CREWS HOYT          IN THE

V.                          THIRD COURT OF APPEALS

THE STATE OF TEXAS          AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
11/13/2015 3:07:11 PM
JEFFREY D. KYLE
Clerk

## STATE'S SECOND MOTION FOR EXTENSION OF TIME TO FILE BRIEF

TO THE HONORABLE FIRST COURT OF APPEALS:

NOW COMES the State of Texas, Appellee in the above entitled and numbered cause and files this Motion for Extension of Time to File Appellee's Brief, and in support thereof would show the Court the following:

I.

Appellant was found guilty of Driving While Intoxicated, 3rd or more, a Third Degree felony enhanced to a Second Degree felony, and the Judge assessed punishment at 14 years confinement in the Texas Department of Criminal Justice on March 17, 2015.. Appellant filed a Notice of Appeal on April 14, 2015. Appellant's brief was filed on September 14, 2015. The State's brief is currently due on November 13, 2015.

II.

The State has previously requested an extension in this case which was granted by the Court on October 13, 2015.

III.

The State requests this extension of time due to the following: Counsel for the State has been preparing cases for jury trials that were scheduled the week of November 16, 2015. This trial preparation has involved a great deal of time dealing with witnesses, investigators,

evidentiary issues, research, evidence review and preparation for pretrial hearings including a Motion to Suppress hearing.  In addition, Counsel for the State is part of a prosecution team that is preparing to present a multi-defendant capital murder case to a Grand Jury on November 23, 2015. Additionally, Counsel for the State has been involved in prosecution of other cases including preparation for pretrial hearings, grand jury case review, negotiations with opposing counsel, guilty pleas and other hearings in additional pending felony cases.

WHEREFORE, The Attorney for the State requests an extension of thirty (30) days to December 14, 2015 (December 13, 2015 the 30th day falls on a Sunday), in which to file State's Brief.

Respectfully submitted,

_____
Richard Villarreal
Assistant District Attorney
51st Judicial District
124 W. Beauregard, Suite B
San Angelo, TX  76903
(325) 659-6583
State Bar No. 00797602

SWORN TO AND SUBSCRIBED before me by the said Richard Villarreal, this 13th day of November, A. D. 2015.

CHRISTINE GEORGE
Notary Public, State of Texas
My Commission Expires
June 28, 2016

_____
Notary Public
State of Texas

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Motion for Extension of Time to File Appellee's Brief was this 13th day of November, 2015, delivered to John  Thomas Floyd III and Christopher M. Choate, Attorneys for Appellant, through e-file .txcourts.gov   .

_____
Richard Villarreal